# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SWAN,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation, MELISSA GRIMSLEY, an individual, KERRIE LILES, an individual, and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. 1:13-CV-01073-LJO-GSA<br><br>**ORDER ALLOWING PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT**<br><br>**(Doc. 17)** |

Based upon the stipulation of the parties filed on November 13, 2013 (Doc. 17), Plaintiff's First Amended Complaint (Doc. 14) is deemed filed as of the date of this order. Fed. R. Civ. P. 15(a)(2). Defendant's Answer to Plaintiff's Complaint (Doc. 3, at Ex. C) will serve as the Answer to the First Amended Complaint.

IT IS SO ORDERED.

   Dated:   **November 14, 2013**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

1