HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| DANIEL SWAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation, MELISSA GRIMSLEY, an individual, KERRIE LILES, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  13-cv-01073 LJO (GSA)<br><br>**ORDER GRANTING SECOND STIPULATION TO AMEND SCHEDULING ORDER IN PART**<br><br>Complaint Filed:    June 3, 2013 |

# **ORDER**

Having reviewed the parties' Second Stipulation to Amend Scheduling Order field on March 28, 2014 (Doc. 28), and good cause appearing therefor, the Court ORDERS as follows:

1. The new Non-Expert Discovery Cutoff shall be July 15, 2014;
2. Expert Disclosures shall be made by August 15, 2014;
3. Supplemental Expert Disclosures shall be made by August 26, 2014;
4. The Expert Discovery Cutoff shall be September 19, 2014;
5. The Pretrial Motions Filing Deadline shall be October 20, 2014;
6. The Pretrial Motions Hearing Deadline shall be December 5, 2014;
7. The Pretrial Conference shall be held on February 5, 2015;
8. The Trial of this matter shall commence on April 7, 2015.

The parties are advised that the stipulation has been adopted except that the pretrial conference will be held on February 5, 2015(rather than February 6, 2015) at 8:15 am to accommodate the Court's schedule. The trial on April 7, 2015 will begin at 8:30 am. The pretrial conference and the trial will be held before the Honorable Lawrence O'Neill in Courtroom 4.

IT IS SO ORDERED.

Dated:   **March 31, 2014**              /s/ Gary S. Austin
                                           UNITED STATES MAGISTRATE JUDGE