1  GREGORY S. GLAZER (SBN 172197)
   gglazer@hkemploymentlaw.com
2  MONTE GRIX (SBN 241050)
   mgrix@hkemploymentlaw.com
3  HIRSCHFELD KRAEMER LLP
   233 Wilshire Boulevard, Suite 600
4  Santa Monica, CA  90401
   Telephone:  (310) 255-0705
5  Facsimile:   (310) 255-0986

6  Attorneys for Defendants
   SAN JOAQUIN VALLEY COLLEGE,
7  INC., a California Corporation, MELISSA
   GRIMSLEY, an individual, and KERRIE
8  LILES, an individual

9              **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT**

11

12 | DANIEL SWAN,                          | Case No.  13-cv-01073 LJO (GSAx) |
13 |            Plaintiff,                 | **ORDER RE: DEFENDANT SAN JOAQUIN VALLEY COLLEGE, INC.'S REQUEST TO SEAL DOCUMENTS IN RE: ITS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** |
14 | vs.                                   | |
15 | SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation, MELISSA GRIMSLEY, an individual, KERRIE LILES, an individual, and DOES 1 through 20, inclusive, | |
16 | | |
17 | | **FED. R. CIV. PROC. 5.2, 26; LOC. R. CT. 141** |
18 |            Defendants.                | |
19 | | **Date:**  November 17, 2014<br>**Time:**  8:30 a.m.<br>**Judge:** Lawrence J. O'Neill<br>**Ctrm:**  4 |
20 | | |
21 | | |
22 | | Complaint Filed:    June 3, 2013 |

(Sidebar: HIRSCHFELD KRAEMER LLP, Attorneys At Law, Santa Monica)

Having read and considered Defendant San Joaquin Valley College, Inc.'s, ("SJVC") Request to Seal Documents, and for good cause showing, IT IS HEREBY ORDERED that the following documents, attached as exhibits to the specified declarations and filed as exhibits to such declarations in support of Defendant San Joaquin Valley College, Inc.'s Memorandum of Points and Authorities in Support of its Motion for Summary Judgment or in the Alternative Summary Adjudication, are to be filed under seal in connection with that filing:

**1.** **Three Exhibits to The Declaration of Monte Grix**:

- **Exhibit 1**: This exhibit contain the following excerpts of exhibits to the deposition of Kerrie Liles, either designated "confidential" pursuant to the Protective Order due to the fact that the information contained therein private student information protected under the Family Educational Rights and Privacy Rights Act, as well as constitutional and common law privacy rights:
    - Exhibit 46, Bates-stamped SJVC245-264, 267-273, student records, including but not limited to internal memoranda and emails relating to Swan's termination from SJVC.
- **Exhibit 2**: This exhibit contains the following excerpts of exhibits to the deposition of Daniel Swan:
    - Exhibit 2, SJVC 365-366, Student Enrollment Agreement.
    - Exhibit 3, SJVC 377, Respiratory Therapy Terms of Enrollment.
    - Exhibit 4, SJVC 396, Respiratory Therapy Acknowledgment of Understanding.
    - Exhibit 9, SJVC 269-270, Clinical Timesheet.
    - Exhibit 12, Bates numbered SJVC 2247-2249, a report from the electronic student information database, or learning management system, Angel, showing the detailed grade entries of Plaintiff, Daniel Swan, along with comments regarding apparent

plagiarism.
- Exhibit 13, SJVC 31, Unofficial Grade Transcript of Daniel Swan.
- Exhibit 15, SJVC 285, Plaintiff's Appeal of Termination.
- Exhibit 16, SJVC 286, Email between Don Wright and Daniel Swan regarding Termination.
- Exhibit 17, SJVC 284, Letter denying Dan Swan's Appeal of Termination.
- Exhibit 18, SJVC 255, Daniel Swan's Written August 3, 2012 Complaint to SJVC.

- **Exhibit 4**: This exhibit contains the following excerpts of exhibits to the deposition of Adam LeFaive:
  - Exhibit 35, SJVC 485-491 a report from the electronic student information database, or learning management system, Campus Vue, containing sensitive entries regarding complaints, disciplinary action, and the termination of Plaintiff from SJVC.

2. **One Exhibit To The Declaration of Alane Pearce**:
- **Exhibit 1:** This exhibit, Bates numbered SJVC 31, is the unofficial grade transcript of Plaintiff, Daniel Swan, at SJVC.

SO ORDERED
Dated: October 21, 2014

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**